JOHN T. KEATING
Nevada Bar No.: 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAI R. KEKAWA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES EMPLOYEES I-V and ROE COMPANIES I-V.<br><br>Defendants. | CASE NO.:    2:20-cv-00490-GMN-DJA<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO PRIVATE BINDING ARBITRATION** |

It is hereby STIPULATED AND AGREED, by and between Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and its counsel, **KEATING LAW GROUP,** and Plaintiff and his

counsel, **VAN LAW FIRM**, that the above referenced matter will be submitted to private binding arbitration for resolution of this matter.

DATED this ____ day of April, 2020.          DATED this 13 day of April, 2020.

KEATING LAW GROUP                            VAN LAW FIRM

_____                  _____
JOHN T. KEATING                              STEPHEN K. LEWIS
Nevada Bar No. 6373                          Nevada Bar No. 7064
9130 W. Russell Road, Ste. 200               1290 S. Jones Blvd.
Las Vegas, NV 89148                          Las Vegas, NV 89146
Attorney for Defendant                       Attorney for Plaintiff
Allstate Fire and Casualty
Insurance Company

Submitted by:

KEATING LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, NV 89148
Attorney for Defendant
Allstate Fire and Casualty
Insurance Company

2

counsel, **VAN LAW FIRM**, that the above referenced matter will be submitted to private binding arbitration for resolution of this matter.

DATED this 13th day of April, 2020.                    DATED this ____ day of April, 2020.

K E A T I N G LAW GROUP                                 VAN LAW FIRM

*/s/ John T. Keating*
_____           _____
JOHN T. KEATING                                                STEPHEN K. LEWIS
Nevada Bar No. 6373                                          Nevada Bar No. 7064
9130 W. Russell Road, Ste. 200                        1290 S. Jones Blvd.
Las Vegas, NV 89148                                        Las Vegas, NV 89146
Attorney for Defendant                                      Attorney for Plaintiff
*Allstate Fire and Casualty*
*Insurance Company*

## ORDER

It is hereby ORDERED that the above referenced matter be submitted to private binding arbitration for resolution of this matter.

DATED this  16  day of April, 2020.

IT IS FURTHER ORDERED that the parties shall have until 4:00 p.m. on July 15, 2020, to file a Status Report informing the Court of the status of the case.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

K E A T I N G LAW GROUP

*/s/ John T. Keating*
_____
JOHN T. KEATING
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, NV 89148
Attorney for Defendant
*Allstate Fire and Casualty*
*Insurance Company*