JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAI R. KEKAWA, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES EMPLOYEES I-V and ROE COMPANIES I-V.<br><br>　　　　Defendants. | CASE NO.:　　2:20-cv-00490-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

There is no trial date set at this time.

Arbitration was completed on November 12, 2020.

DATED this 7th day of January 2021.              DATED this 7th day of January 2021.

**K E A T I N G** LAW GROUP                                 **CLAGGETT & SYKES**

By: ___/s/John T. Keating_____           By: ___/s/Stephen K. Lewis_____
JOHN T. KEATING                                             STEPHEN K. LEWIS
Nevada Bar No.: 6373                                        1290 S. Jones Blvd.
9130 W. Russell Road, Ste. 200                              Las Vegas NV 89146
Las Vegas NV 89148                                          Attorney for Plaintiff
Attorney for Defendant                                      *Tai R. Kekawa*
*Allstate Fire and Casualty Insurance Company*

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this __7__ day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

**K E A T I N G** LAW GROUP

___/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendants
*Allstate Fire and Casualty Insurance Company*